UNITED STATES BANKRUPTCY COURT
OF THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| IN RE | * |
| HARVEST TIDE CAPITOL DC, LLC | * |
|  | * Case No.24-00096 |
|  | *     (Chapter 7) |
| Debtor(s) | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REPORT OF SALE

TO THE CLERK OF THE COURT:

William Douglas White, Trustee, reports the attached accounting of the Court's authorized auction sale of the Debtor's furniture and equipment.

Respectfully submitted,

/s/William Douglas White
William Douglas White, 224592
McCarthy & White PLLC
8205 Pettit Court
Mclean, VA 22102
Telephone: (703) 770-9265

CERTIFICATE OF SERVICE

I certify that on August 10, 2024 I caused the attached sale report to be sent electronically to all persons included on the Court's ECF electronic mailing list.

/s/William Douglas White

July 17, 2024

Mr. William White
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102

SUBJ:  Sale of Assets

REF:  R240410 Harvest Tide Company

Dear Mr. White,

Thank you for choosing Rasmus Auctions for the sale of your assets.

The event attracted a large cross section of the current market as reflected by the statistics detailed below:

Number of Items: 187
Number of Bids: 3650
Number of Registered Bidders: 178
Number of Winning Bidders: 45

Here is the breakdown of sales, fees, expenses and the net recovery:

Auction Sales: $16,520.70
Auction Sales (Commission 1): $16,520.70
Sellers Return Percentage Rate: 80%
Sellers Gross Return: $13,216.56

Auctioneers Percentage: 20%
Auctioneers Fee: $3,304.14


The net recovery to you is $13,216.56.

Your detailed report of sale is attached. Please contact Kathleen Rodimak at 703-768-9000 if you have questions or require additional information.

We look forward to the opportunity to work with you again soon!

Sincerely,

Christopher R Rasmus, CEO